# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.:**  15-cv-01781-RBJ-MJW | FTR - Courtroom A-502 |
| **Date:**  February 29, 2016 | Courtroom Deputy: Sabrina Grimm |

EDWARD CLUTTS,                                         Pro se (by telephone)

    Plaintiff,

v.

EXECUTIVE DIRECTOR OF THE DEPARTMENT           John VanLandschoot
OF CORRECTIONS,
ROY HAVENS, and
MARK WIENPAHL,

    Defendants.

## COURTROOM MINUTES

**RULE 16(b) SCHEDULING CONFERENCE**

**Court in session: 10:45 a.m.**

Court calls case.  Appearance of counsel.

**ORDERED:** The parties shall exchange Rule 26(a)(1) disclosures on or before March 15, 2016.

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**

Each party shall be limited to twenty-five (25) Interrogatories.

Each side shall be limited to twenty-five (25)  Requests for Production, and twenty-five (25) Requests for Admissions, without leave of Court.

Each side shall be limited to three (3) depositions, including experts.  Each deposition shall be limited to one (1) day of a maximum of seven (7) hours, absent leave of Court.

Joinder of Parties/Amendment to Pleadings:  **March 31, 2016**

Discovery Cut-off: **August 30, 2016**

Dispositive Motions Deadline:  **September 29, 2016**

Each side shall be limited to two (2) expert witnesses, without further leave of Court.
Parties shall designate experts **on or before June 1, 2016.**
Parties shall designate rebuttal experts **on or before July 1, 2016.**
The disclosure of Experts shall be consistent with  Fed. R. Civ. P. 26(a)2(B).

All depositions shall be completed by August 30, 2016.

Interrogatories,  Requests for Production, and Requests for Admissions shall be served on or before July 28, 2016.

**TRIAL:**   The following are currently set before District Judge R. Brooke Jackson:
Trial Preparation Conference:   March 3, 2017 at 1:30 p.m. in Courtroom A902.
Three (3) day trial to a jury:       March 13, 2017 at 9:00 a.m. in Courtroom A902.

● **Parties are directed to** www.cod.uscourts.gov **regarding Judicial Officers' Procedures and shall fully comply with the procedures and Practice Standards of the judicial officer assigned to try this case on the merits.**

The parties anticipate a three day jury trial.

**[X]**   Scheduling Order is signed and entered with interlineations.

Discussion regarding Show Cause Order [26].

- **ORDERED:**    Plaintiff's Motion for Service [45] is GRANTED.  The Clerk of the Court is directed to serve Mr. Havens.

- **ORDERED:**    The Show Cause Hearing is continued to May 5, 2016 at 10:00 a.m. in Courtroom A502 before Magistrate Judge Watanabe.  Plaintiff, or his case manager, is directed to contact the Court at 303-844-2403 at the scheduled time.  Defense counsel is directed to notify the prison of the next hearing and the future hearings as set by District Judge R. Brooke Jackson.

Further discussion regarding pending motions.

Hearing concluded.

**Court in recess:     11:12 a.m.**
Total in-court time: 00:27